IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
AT MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs ) | NO. 05-20110 JDB |
| ) | |
| OMRAN OMER, et al. ) | |
| ) | |
| Defendants ) | |

### ORDER GRANTING MOTION FOR ADDITIONAL TIME TO FILE MOTIONS

It appearing to the Court that defendant Omran Omer's Motion for Additional Time to File Motions is well taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that defendant's Motion for Additional Time to File Motions is granted and defendant shall have sixty (60) days from the date of this order to file any necessary motions.

ENTER this the 29th day of August, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

Page 1 of 2

This document entered on the docket sheet In compliance with Rule 55 and/or 32(b) FRCrP on 8-31-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 112 in case 2:05-CR-20110 was distributed by fax, mail, or direct printing on August 31, 2005 to the parties listed.

---

Benard Weinman
LAW OFFICE OF BENARD WEINMAN
275 Jefferson Ave
Memphis, TN 38103

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT