IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
AT MEMPHIS

FILED BY ____ D.C.

05 SEP -2 PM 3:10

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>Plaintiff )<br> )<br>. vs )<br> )<br>OMRAN OMER, et al. )<br>Defendants ) | NO. 05-20110 JDB |

## ORDER DISMISSING MOTION WITHOUT PREJUDICE TO ALLOW THE DEFENDANT TO TRAVEL OUT OF THE COUNTRY

It appearing to the Court that the defendant through his counsel filed a motion to allow him to travel out of the country.

It further appears that the defendant has requested that the motion be dismissed without prejudice.

For good cause shown, the Court is of the opinion that the defendant's request to have his motion dismissed without prejudice is well taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the defendant's motion to be allowed to travel out of the country is dismissed without prejudice.

ENTERED this the __2__ day of __September__ 2005

Tu M. Pham
United States Magistrate Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on __9-2-05__

(114)

APPROVED FOR ENTRY:

WEINMAN & ASSOCIATES

*[signature]*

BERNIE WEINMAN (BPR # 007747)
275 Jefferson Ave.
Memphis, Tennessee 38103
(901) 526-6701
Attorney for Defendant

## CERTIFICATE OF SERVICE

I, Bernie Weinman, attorney for the defendant, hereby certifies that I mailed a true, complete and exact copy of the foregoing document by depositing the same in the United States Mail, postage prepaid, addressed to:

Fred Godwin
U.S. Attorney's Office
167 North Main Street
Suite 800
Memphis, TN. 38103

This the __2nd__ day of __Sept.__, 2005

*[signature]*

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 114 in case 2:05-CR-20110 was distributed by fax, mail, or direct printing on September 2, 2005 to the parties listed.

---

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Samuel L. Perkins
SL PERKINS LAW GROUP, PLLC
147 Jefferson Ave.
Ste. 804
Memphis, TN 38103

Juni S. Ganguli
LAW OFFICES OF JUNI GANGULI
40 S. Main Ave.
Ste. 1540
Memphis, TN 38103

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Walter L. Bailey
WALTER BAILEY & ASSOCIATES
100 North Main St.
Ste. 3002
Memphis, TN 38103

Benard Weinman
LAW OFFICE OF BENARD WEINMAN
275 Jefferson Ave
Memphis, TN 38103

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Robert C. Irby
LAW OFFICE OF ROBERT C. IRBY
4345 E. Mallory
Memphis, TN 38111

T. Clifton Harviel
LAW OFFICE OF CLIFTON HARVIEL
50 N. Front St.
Ste. 850
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT